1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  LARRY DONNELL KING,                 1:03-cv-06182-AWI-DLB-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATION** (Doc. 12)
13  vs.
                                   **ORDER THAT ACTION PROCEED
14  CALIFORNIA DEPARTMENT OF       ON CERTAIN CLAIM ONLY**
    CORRECTIONS, et al.,
15
                Defendants.
16  _____/

17

18       Plaintiff, Larry Donnell King ("plaintiff"), a state

19  prisoner proceeding pro se and in forma pauperis, has filed this

20  civil rights action seeking relief under 42 U.S.C. § 1983.  The

21  matter was referred to a United States Magistrate Judge pursuant

22  to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23       On May 9, 2006, the Magistrate Judge filed Findings and

24  Recommendation herein which were served on the parties and which

25  contained notice to the parties that any objections to the

26  Findings and Recommendation were to be filed within twenty (20)

27  days.  To date, the parties have not filed objections to the

28  Magistrate Judge's Findings and Recommendation.

                                 1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendation to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendation, filed May 9, 2006, are

8  ADOPTED IN FULL; and,

9    2.   This action proceed only on the retaliation claim

10 against defendants Yale, Marmolego, and Rousseau.

11

12 IT IS SO ORDERED.

13 **Dated:    September 12, 2006**          **/s/ Anthony W. Ishii**
   0m8i78                                UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2