# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>        Defendants. | CV F- 03-6182 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO<br>SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On September 12, 2006, the District Court adopted the undersigned's recommendation that this action proceed on plaintiff's retaliation claims against defendants Yale, Marmolejo, and Rousseau only.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:  Yale, Marmolejo, and Rousseau.

2. The Clerk of the Court shall send plaintiff THREE (3)  USM-285 forms, THREE (3) summons, an instruction sheet and a copy of the amended complaint filed November 3, 2003.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following

documents:

        a. Completed summons;

        b.  One completed USM-285 form for each defendant listed above; and

        c. FOUR (4) copies of the endorsed complaint filed November 3, 2003.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action.  Local Rule 11-110.

IT IS SO ORDERED.

Dated:   September 13, 2006                    **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE