UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DONNELL KING,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | 1:03-CV-06182-AWI-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(Doc. 18) |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2007, defendants Yale, Rousseau, and Marmolejo filed a motion for an extension of time to file a responsive pleading to the amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Defendants Yale, Rousseau, and Marmolejo are granted an extension of time until **February 20, 2007** in which to file a responsive pleading to the amended complaint

    IT IS SO ORDERED.

    Dated:   February 5, 2007              /s/ Dennis L. Beck
3c0hj8                                                 UNITED STATES MAGISTRATE JUDGE