UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



| | |
|---|---|
| LARRY DONNELL KING,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; et al.,<br><br>   Defendants - Appellees. | No.  07-16724<br>D.C. No.  CV-03-06182-AWI/DLB<br><br><br><br>**ORDER** |

This appeal has been taken in good faith  [✓]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: _10-1-07_